IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER HOWARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | No. 14-1076-JDT-egb |
| | ) | |
| MICHAEL DONAHUE, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER TO RE-ISSUE AND SERVE PROCESS ON DEFENDANT BREITLING

Plaintiff Christopher Howard, who is incarcerated at the Hardeman County Correctional Facility ("HCCF") in Whiteville, Tennessee, filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on April 3, 2014. (ECF No. 1.) On April 25, 2014, the Court granted leave to proceed *in forma pauperis* and assessed the civil filing fee pursuant to 28 U.S.C. § 1915(a)-(b). (ECF No. 12.) The Court subsequently issued an order that, *inter alia*, dismissed portions of the complaint and directed that process be issued and served on the remaining Defendant, Dr. Melissa Breitling. (ECF No. 18.)

Two attempts to serve Defendant Breitling have proved unsuccessful. (ECF Nos. 20 & 23.) However, in an unrelated case in which Breitling is also sued, *Akins v. Corrections Corporation of America, et al.*, No. 14-1040-JDT-egb (W.D. Tenn. filed Feb. 19, 2014), a home address has now been provided for this Defendant. (No. 14-1040, ECF No. 34.)

The Clerk is directed to re-issue process for Defendant Breitling using the home address provided in case number 14-1040 and deliver it to the U.S. Marshal for service. Service shall be made on Defendant Breitling pursuant to Federal Rule of Civil Procedure 4(e) and Tennessee Rules of Civil Procedure 4.04(1) and (10), either by mail or personally if mail service is not effective. All costs of service shall be advanced by the United States. In addition to the summons and complaint, service shall include a copy of the order of partial dismissal (ECF No. 18) and a copy of this order.

IT IS SO ORDERED.

    s/ **James D. Todd**
JAMES D. TODD
UNITED STATES DISTRICT JUDGE